**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL JACKSON, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED EMPLOYEES, *Plaintiffs*, | § § § § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-0618 |
| R&A TOWING, LLC, ET AL., *Defendants*. | § § § | |

# FINAL DISMISSAL ORDER

The parties in this FLSA collective action have consented to the jurisdiction of the undersigned Magistrate Judge for all purposes including entry of final judgment.[1] ECF 63. Pending before the Court is the parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice. ECF 80.

On August 5, 2022, the Court approved the settlement of all claims asserted by Plaintiffs against Defendants R&A Towing, LLC, Milstead Management, LLC and Amy Milstead and dismissed such claims with prejudice. ECF 58. The parties represent that Plaintiffs now have settled their claims against the remaining

---

[1] The members of the Plaintiff collective class are: William Blake, Melvin Bates, Noel Cabello, Leonicio Cantu, William Daw, Jr., Daniel Ellison, Joshua Farley, John Glover, Christopher Gray, Dennis Hilton, Jr., Michael Jackson, Charles Laferriere, Dillon Lalen, Harold Pringle, III, Perriun Jevonte Simmons, Willie Stephens, Anthony Swilley, Eric Thurmond, Phillip Ward, Lakendrick Watson, Kevin Webb, and the Estate of Michael Lee Jones, Jr., with Jennifer Jones as the representative of the Estate of Michael Lee Jones, Jr.

Defendant, Milstead Automotive LLC. The Court held a status conference on August 16, 2023 at which the parties represented that they have reached a settlement agreement that represents the settlement of a reasonable dispute of hours worked and wages paid, with deductions for applicable taxes and withholding, including withholding for child support payments as determined by the Child Support Division of the Office of the Attorney General of Texas. The parties now seek dismissal of all claims in this case with prejudice based on the parties' arms' length negotiation and settlement on fair and reasonable terms that are in the best interests of all parties. Having considered the parties' Motion and the representations of counsel at the August 16, 2023 status conference, it is

ORDERED that the Parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice (ECF 80) is GRANTED. All claims asserted in this case by Michael Jackson, Individually and on behalf of all similarly situated employees, are DISMISSED WITH PREJUDICE. As requested and agreed by the parties, all costs and fees will be incurred by the party incurring them except as otherwise specified in the parties' settlement agreement. This is a Final Order.

Signed on September 06, 2023, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge